MILLENNIUM HOLDINGS LLC, Plaintiff, THE NORTHERN ASSUR-
ANCE COMPANY OF AMERICA, Appellant, and CERTAIN UNDER-
WRITERS AT LLOYD'S et al., Intervenors-Appellants, v THE
GLIDDEN COMPANY, Now Known as AKZO NOBEL PAINTS
LLC, et al., Respondents.

Submitted June 20, 2016; decided September 8, 2016

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 27 NY3d 406 (2016)].

Judge GARCIA taking no part.

ANTHONY ODDO, Respondent, v QUEENS VILLAGE COMMITTEE
FOR MENTAL HEALTH FOR JAMAICA COMMUNITY ADOLESCENT
PROGRAM, INC., Appellant.

Submitted August 29, 2016; decided September 8, 2016

Motion by Pacific Legal Foundation for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. An original and nine copies of the brief must be filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES
BROWN, Appellant.

Submitted September 6, 2016; decided September 8, 2016

Motion by The Bronx Defenders for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.